IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Camper Jr, James L

Printed: 5/6/08

Case Number: 07 B 22744
Judge: Wedoff, Eugene R
Filed: 12/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 2. | Acme Continental Credit Union | Secured | 5,541.00 | 0.00 |
| 3. | Acme Continental Credit Union | Secured | 500.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 13,520.98 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 127.90 | 0.00 |
| 6. | B-Real LLC | Unsecured | 60.69 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 34.39 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 18.68 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 1,307.55 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 3,129.04 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 100.00 | 0.00 |
| 12. | Overland Bond & Investment Corp | Unsecured | 1,031.92 | 0.00 |
| 13. | Division Of Child Support Enforcement | Priority |  | No Claim Filed |
| 14. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 15. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 16. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 17. | Aspen/Fb&T | Unsecured |  | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 21. | Dept. OF Veteran Affairs | Unsecured |  | No Claim Filed |
| 22. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 23. | Illinois State Tollway | Unsecured |  | No Claim Filed |
| 24. | JNR | Unsecured |  | No Claim Filed |
| 25. | Nicor Gas | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Camper Jr, James L | | Case Number: 07 B 22744 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | | Filed: 12/4/07 |

| 26. | West Asset Management | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,372.15 | $ 0.00 |

TRUSTEE FEE DETAIL

Fee Rate          Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____